IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TROY J. ANDERSON,                          No. C 10-05558 CW (PR)

      Plaintiff,

                          JUDGMENT

  v.

PITTSBURG POLICE DEPARTMENT, et
al.,

      Defendants.
_____/


    Pursuant to the Court's Order of today's date dismissing the
instant action, a judgment of DISMISSAL WITHOUT PREJUDICE is hereby
entered.  The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

DATED: 3/8/2012

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California