IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TROY J. ANDERSON,                         No. C 10-05558 CW (PR)

    Plaintiff,

    v.                                    JUDGMENT

PITTSBURG POLICE DEPARTMENT, et al.,

    Defendants.
_____/

    Pursuant to the Court's Order of today's date dismissing the instant action, a judgment of DISMISSAL WITHOUT PREJUDICE is hereby entered.  The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

DATED: 3/8/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE